```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
           DIVISION OF ST. THOMAS AND ST. JOHN
```

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )   Crim. No. 16-5
     v.                        )
                               )
JENNIFER BOWEN-DODOO,          )
                               )
          Defendant.           )
_____)

ATTORNEYS:

**Ronald Sharpe, United States Attorney**
**Everard E. Potter, AUSA**
United States Attorney's Office
St. Thomas, VI
    *For the United States of America,*

**Michael L. Sheesley, Esq.**
MLSPC
St. Thomas, VI
    *For Jennifer Bowen-Dodoo.*

## ORDER

**GÓMEZ, J.**

On April 1, 2016, Jennifer Bowen-Dodoo ("Bowen-Dodoo") pled guilty to Aiding and Abetting the Transportation of a Minor for the Purpose of Engaging in Sexual Activity in violation of 18 U.S.C. § 2423(a). On August 11, 2016, Bowen-Dodoo came before the Court for sentencing. Regrettably, in this matter, like in many other matters, the pre-sentence report provided by the United States Probation Office and the allocution by the United States Attorney's Office failed to adequately address: (1) the

*United States v. Bowen-Dodoo*
Crim. No. 16-5
Page 2

harm suffered by the victim; or (2) appropriate restitution for that harm.

18 U.S.C. §§ 3663, 3663A, and 3664 permit, and in some cases require, the Court to order restitution to victims of certain crimes. When the United States Probation Office and the United States Attorney's Office fail to address the restitution issue, the Court is left unable to act in accordance with those statutes. Where, as here, the necessary information was not before the Court, 18 U.S.C. § 3664(d)(5) provides that the Court can set a date within 90 days of sentencing to make a final determination of the victim's losses.

The premises considered, it is hereby

**ORDERED** that by no later than 3:00 P.M. on August 19, 2016, the Chief Probation Officer, or his designee, and the United States Attorney, or his designee, shall provide the Court with a report identifying any victims of the crime in this case. The report shall also provide the Court with the following information:

1. current and future costs of any necessary medical care and treatment for physical injuries suffered as a result of the defendant's actions;

*United States v. Bowen-Dodoo*
Crim. No. 16-5
Page 3

2. current and future costs of any necessary psychiatric and psychological care and treatment for mental and emotional injuries suffered as a result of the defendant's actions;

3. current and future transportation and related expenses incurred, and expected to be incurred, by the victim in obtaining any necessary medical care or treatment; and

4. any other costs, harms, or expenses, current or anticipated; it is further

**ORDERED** that the Chief Probation Officer, or his designee, and the United States Attorney, or his designee, shall provide the Court with appropriate substantiation for their monetary estimates; and it is further

**ORDERED** that the Clerk of Court shall deliver a copy of this order to the United States Probation Office for the District of the Virgin Islands and the Office of the United States Attorney for the District of the Virgin Islands.

S\_____
**CURTIS V. GÓMEZ**
**District Judge**